B1 (Official Form 1) (4/10)

| **UNITED STATES BANKRUPTCY COURT** Southern District of New York | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Republic Group, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 83-0396188 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State): 260 West 36th Street, RM 901 New York, NY      ZIP CODE 10018 | Street Address of Joint Debtor (No. and Street, City, and State): N/A      ZIP CODE N/A |
| County of Residence or of the Principal Place of Business: New York | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): Same      ZIP CODE Same | Mailing Address of Joint Debtor (if different from street address): N/A      ZIP CODE N/A |
| Location of Principal Assets of Business Debtor (if different from street address above): Same      ZIP CODE Same | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☑ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____ | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☑ Other Financial | ☐ Chapter 7      ☐ Chapter 15 Petition for ☐ Chapter 9         Recognition of a Foreign ☑ Chapter 11        Main Proceeding ☐ Chapter 12     ☐ Chapter 15 Petition for ☐ Chapter 13        Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Check all applicable boxes:** ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

2011 FEB 12  U.S. BANKRUPTCY COURT  FILED  35

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Republic Group, LLC |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>All Prior Bankruptcy Cases Filed Within Last 8 Years</strong> (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</strong> (If more than one, attach additional sheet.)</td></tr>
<tr><td>Name of Debtor:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:     Southern District of New York</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____<br>
        (Name of landlord that obtained judgment)

        _____<br>
        (Address of landlord)

    ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Republic Group, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

**Signature of Attorney***

X _____
    Signature of Attorney for Debtor(s)
    Jeffrey J. Estrella, Esq.
    Printed Name of Attorney for Debtor(s)
    Law Offices of Jeffrey Estrella
    Firm Name
    1162 East 103rd St., Suite 2000
    Brooklyn, NY 11236
    Address
    (347) 628-2391
    Telephone Number
    01/28/2011
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual
    Rafael Martinez
    Printed Name of Authorized Individual
    Sole Shareholder
    Title of Authorized Individual
    01/28/2011
    Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Republic Group, LLC _____ ,    )    Case No. _____

                Debtor    )

                            )

                            )    Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on

_____ .

    a. Total assets                                $ _____

    b. Total debts (including debts listed in 2.c., below)    $ _____

    c. Debt securities held by more than 500 holders:                Approximate number of holders:

| | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
|---|---|---|---|---|---|
| | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock         _____     _____

    e. Number of shares common stock           _____     _____

     Comments. if anv: _____

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------x
                                                          :
                                                          :
    In Re: Republic Group, LLC               :      Chapter 11 Case No._____
                                                          :
                                   Debtor.    :
                                                          :
----------------------------------------------------------x
```

## CORPORATE AUTHORIZATION PURSUANT TO LOCAL BANKRUPTCY RULE 1074-1(a)

Republic Group, LLC, undersigned debtor herein, pursuant to Local Bankruptcy Rules 1074-1(a) states as follows:

1. Debtor is a Limited Liability Corporation established under the laws of the State of New York on January 16, 2004. Debtor's Tax Identification Number is 83-0396188 and principle place of business is 260 West 36th Street, Suite 901, New York, NY 10018. Debtor's telephone number is (212) 629-4930.

2. Debtor has not undergone a corporate resolution. Debtor is solely owned by its sole shareholder, officer, and board member Mr. Rafael Martinez.

3. Mr. Rafael Martinez hereby authorizes the filing of the attached Voluntary Petition for debtor under Chapter 11 of the Bankruptcy Code.

Dated: January 31, 2011

_____
Rafael Martinez, President and Shareholder
Republic Group, LLC
260 West 36th Street, Suite 901
New York, NY 10018

**State of New York**

**County of New York**

**Subscribed to and sworn before me this** 31st **day of** JANUARY **(month),** 2011 **(year), by** Rafael Martinez **(name of signer)**

NOTARY Jeffery Sosses mella
NOTARY public
State of New York
Kings County
NO. 02ES6219495 2/29/2014

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date ___1/28/11___

Signature _____

Rafael Martinez President
(Print Name and Title)

# State of New York
# Department of State

} **ss:**

*I hereby certify, that REPUBLIC GROUP, LLC a NEW YORK Limited Liability Company filed Articles of Organization pursuant to the Limited Liability Company Law on 01/16/2004, and that the Limited Liability Company is subsisting so far as shown by the records of the Department.*



\*\*\*

*Witness my hand and the official seal of the Department of State at the City of Albany, this 06th day of May two thousand and four.*

*Secretary of State*

200405070338 * 13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                  :
                                                  :
In Re: Republic Group, LLC                        :        Chapter 11 Case No._____
                                                  :
                                    Debtor.       :
-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Republic Group, LLC, undersigned debtor herein, swears as follows:

1. Debtor is a Limited Liability Corporation established under the laws of the State of New York on January 16, 2004. Debtor's Tax Identification Number is 83-0396188 and principle place of business is 260 West 36th Street, Suite 901, New York, NY 10018. Debtor's telephone number is (212) 629-4930.

2. Debtor is in the business of providing various financial services to clients and customers. Debtor has fallen into arrears in its debts and obligations and has insufficient means to satisfy such debts and obligations.

3. Debtor formed no committees organized prior to the order for relief in the chapter 11.

4. Debtor has the following unsecured creditors:

   a. Capital One Credit Card, P.O. Box 30285, Salt Lake City, UT 84130, Amount of Claim: $7,500.00. Debt is disputed.

   b. West 37th Garage, 417 West 37th St., New York, NY 10018, Amount of Claim: $825.00, Debt is disputed.

   c. Pitney Bowes, 1 Elmcroft Road, Stamford, CT 06926, Amount of Claim: $2,300.00. Debt is disputed.

   d. JP Morgan Chase, P.O. Box 36520, Louisville, KY 40233, Amount of Claim: $1,700.00. Debt is disputed.

   e. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $12,000.00. Debt is disputed.

   f. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $15,000.00. Debt is disputed.

g. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $7,500.00. Debt is disputed.

5. Debtor has the following secured creditors:

    a. TD Bank NA C/O COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, 250 Pehle Avenue – Suite 401, Saddle Brook, NJ 07663, Amount of the Claim: $100,000.00 Corporation Loan Judgment No.: J-171123-10. Debt is disputed. Debt is collateralized by personal guarantee of debtor's sole shareholder and President Rafael Martinez and co-signatories.

    b. 260 West 36 Associates, LLC, 260 West 36th Street, 5th Floor, New York, NY 10018, Amount of the Claim: $40,000 Back Rent. Debt is disputed. Debt is collateralized by its leasehold interest as commercial tenant in the rental property of 260 West 36th Street, RM 901, New York, NY 10018 and personal guarantee of debtor's sole shareholder and President Rafael Martinez.

    c. PNC Bank NA C/O OSTROWITZ & OSTROWITZ, 225 Gordons Corner Road, Manalapan, NJ 07726, Amount of the Claim: $125,000 Corporate Loan. Debt is disputed. Debt is collateralized by personal guarantee of debtor's sole shareholder and President Rafael Martinez.

    d. Paran Realty C/O HOWARD W. BURNS, JR., 170 Broadway, Suite 609, New York, NY 10038, Amount of the Claim: $563,990.29 Corporate Loan. Debt is disputed. Debt is collateralized by personal guarantee of debtor's sole shareholder and President Rafael Martinez.

6. Debtor's assets are solely limited to equipment and furniture. Debtor's liabilities constitute the debts stated above.

7. Debtor is not a publicly held corporation.

8. Debtor has no property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

9. Debtor's sole leasehold interest is in the property located at 260 West 36th St., RM 901, New York, NY 10018. Debtor has no other interests in any other premises for the operation of debtor's business.

10. Debtor's substantial assets, books, and records are located at 260 West 36th St., RM 901, New York, NY 10018. Debtor has no assets outside the territorial limits of the United States.

11. Debtor has been threatened with legal action by the following secured creditors of debtor: 260 West 36 Associates, LLC, 260 West 36th Street, 5th Floor, New York, NY 10018, TD Bank NA C/O COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, 250

Pehle Avenue – Suite 401, Saddle Brook, NJ 07663, PNC Bank NA C/O OSTROWITZ & OSTROWITZ, 225 Gordons Corner Road, Manalapan, NJ 07726, and Paran Realty C/O HOWARD W. BURNS, JR., 170 Broadway, Suite 609, New York, NY 10038. Creditor 260 West 36 Associates, LLC has a pending nonpayment proceeding against debtor. Creditors TD Bank NA C/O COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP and PNC Bank NA C/O OSTROWITZ & OSTROWITZ, 225 Gordons Corner Road, Manalapan, NJ 07726 have obtained civil judgments against debtor for the amounts due.

12. Debtor's sole existing senior management is its sole shareholder and President Rafael Martinez. Mr. Martinez has assumed these roles since 2005. Mr. Martinez is also acting Chief Executive Officer and solely responsible for the day-to-day management of debtor.

13. Debtor does expect to continue operating its business. The estimated amount of the weekly payroll to employees for the 30 day period following the filing of the chapter 11 petition is approximately $1,700.00. The estimated amount to be paid or proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition to officers, stockholders, and directors is approximately $3,000.00.

14. Debtor's schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing are at this point uncertain and dependent upon contracts that have not yet been finalized.

Dated: January 31, 2011

Rafael Martinez, President and Shareholder
Republic Group, LLC
260 West 36th Street, Suite 901
New York, NY 10018

State of New York

County of New York

Subscribed to and sworn before me this 3/1st day of January (month), 2011 (year), by RAFAEL MARTINEZ (name of signer)

NOTARY

JEFFREY JOSE Ezarella
NOTARY PUBLIC
State of New York
Kings County
No. 01-ES-6219995

My commission expires 3/29/2014

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Republic Group, LLC _____ ,
            Debtor

Case No. _____

Chapter  11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See Attached List | | | | |

Date: _____

_____
Debtor

*[Declaration as in Form 2]*

**Creditors' Matrix for Republic Group, LLC**

**Unsecured Creditors**

1. Capital One Credit Card, P.O. Box 30285, Salt Lake City, UT 84130, Amount of Claim: $7,500.00. Debt is disputed.

2. West 37th Garage, 417 West 37th St., New York, NY 10018, Amount of Claim: $825.00, Debt is disputed.

3. Pitney Bowes, 1 Elmcroft Road, Stamford, CT 06926, Amount of Claim: $2,300.00. Debt is disputed.

4. JP Morgan Chase, P.O. Box 36520, Louisville, KY 40233, Amount of Claim: $1,700.00. Debt is disputed.

5. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $12,000.00. Debt is disputed.

6. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $15,000.00. Debt is disputed.

7. Home Depot, P.O. Box 9058, Gray, TN 37615, Amount of Claim: $7,500.00. Debt is disputed.

**Secured Creditors**

1. TD Bank NA C/O COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, 250 Pehle Avenue – Suite 401, Saddle Brook, NJ 07663.

2. 260 West 36 Associates, LLC, 260 West 36th Street, 5th Floor, New York, NY 10018.

3. PNC Bank NA C/O OSTROWITZ & OSTROWITZ, 225 Gordons Corner Road, Manalapan, NJ 07726.

4. Paran Realty C/O HOWARD W. BURNS, JR., 170 Broadway, Suite 609, New York, NY 10038.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                            :
                                            :
    In Re: Republic Group, LLC              :    Chapter 11 Case No._____
                                            :
                            Debtor.         :
-------------------------------------------------------x
```

## STATEMENT OF CORPORATE OWNERSHIP

Comes now Republic Group, LLC (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

1. There are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

Dated: January 31, 2011

By: _____
Rafael Martinez, President and Shareholder
Republic Group, LLC
260 West 36th Street, Suite 901
New York, NY 10018

**State of New York**

**County of New York**

**Subscribed to and sworn before me this** 3/st **day of** JAnuARy (month),
201l (year), by Rafael MARTInz (name of signer)

_____
NOTARY

Jeffrey Jose Esrrella
NOTARY public
State of New York
King S County
No 02ES6219795
My commission expires: 3/29/2014

# Republic Group,LLC
# Balance Sheet
### As of January 28, 2011

|  | Jan 28, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Credit Card Account** | -202.38 |
| **1000 · CHASE** | -75,363.11 |
| **Total Checking/Savings** | -75,565.49 |
| **Other Current Assets** | |
| 1506 · Due to VMC event | -362.00 |
| 1515 · Offset Bank Account | -1,707.72 |
| **Total Other Current Assets** | -2,069.72 |
| **Total Current Assets** | -77,635.21 |
| **Other Assets** | |
| 1060 · Due from/to New Edge Capital | 100.00 |
| 1505 · Loan to/from Vision Meida | -179,987.00 |
| **Total Other Assets** | -179,887.00 |
| **TOTAL ASSETS** | -257,522.21 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 804,945.51 |
| **Total Accounts Payable** | 804,945.51 |
| **Other Current Liabilities** | |
| 24000 · Payroll Liabilities | 81,702.87 |
| 2570 · Obie Mckenzie Loan Liability | -1,650.00 |
| **Total Other Current Liabilities** | 80,052.87 |
| **Total Current Liabilities** | 884,998.38 |
| **Long Term Liabilities** | |
| **Carlos Estevez** | 55,400.00 |
| **Total Long Term Liabilities** | 55,400.00 |
| **Total Liabilities** | 940,398.38 |
| **Equity** | |
| 1110 · Retained Earnings | -1,364,390.43 |
| 1520 · Capital Stock | 148,156.46 |
| 3000 · Opening Bal Equity | 18,313.38 |
| **Total Equity** | -1,197,920.59 |
| **TOTAL LIABILITIES & EQUITY** | -257,522.21 |

## Financial Statement

Statement of Operations
Republic Group, LLC.
260 West 36th Street
New York, NY 10018
12 Months Ended
December 31, 2010

|  | Current Month | Y.T.D. Actual | Annual Budget | (Under)/Over Budget |
|---|---|---|---|---|
| **REVENUES** | ----- | ----- | ----- | ----- |
| Commissions | 0.00 | 159,500.00 | 352,500.00 | (193,000.00) |
| Total Revenues | 0.00 | 159,500.00 | 352,500.00 | (193,000.00) |
| **EXPENSES** |  |  |  |  |
| Salaries | 0.00 | 52,385.35 | 153,000.00 | (100,615.35) |
| Overhead/ Loans | 27,300.00 | 303,158.21 | 105,000.00 | 198,158.21 |
| Total Expenses | 27,300.00 | 355,543.56 | 258,000.00 | 97,543.56 |
| NET FROM CURRENT OPERATIONS | (27,300.00) | (257,522.21) | 94,500.00 | (163,022.21) |

# Republic Group, LLC
## Statement of Cash Flows
### January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,056,572.19 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1506 · Due to VMC event | 362.00 |
| 2000 · Accounts Payable | 804,092.40 |
| 24000 · Payroll Liabilities | 42,372.25 |
| 2570 · Obie Mckenzie Loan Liability | -1,650.00 |
| **Net cash provided by Operating Activities** | -211,395.54 |
| **INVESTING ACTIVITIES** | |
| 1060 · Due from/to New Edge Capital | -100.00 |
| 1505 · Loan to/from Vision Meida | 134,612.00 |
| **Net cash provided by Investing Activities** | 134,512.00 |
| **Net cash Increase for period** | -76,883.54 |
| **Cash at beginning of period** | 1,318.05 |
| **Cash at end of period** | -75,565.49 |

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2009, or tax year beginning _____ , ending _____

OMB No. 1545-0099

**2009**

EXTENSION GRANTED TO 09/15/10

**A** Principal business activity
REAL ESTATE
INVESTMENTS

**B** Principal product or service
RECEIVABLES
FINANCING

**C** Business code number
531390

Use the IRS label. Otherwise, print or type.

Name of partnership
REPUBLIC GROUP, LLC

Number, street, and room or suite no. If a P.O. box, see the instructions.
260 WEST 36TH STREET, SUITE 901

City or town, state, and ZIP code
NEW YORK                              NY 10018

**D** Employer identification number
83-0396188

**E** Date business started
01/16/2004

**F** Total assets
$ 481,588.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return (6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached ☐

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales | 1a | 281,505. | |
| | b | Less returns and allowances | 1b | | 1c 281,505. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 281,505. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 |
| | 7 | Other income (loss) (attach statement) | | | 7 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 281,505. |
| **Deductions (see the instructions for limitations)** | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 105,416. |
| | 10 | Guaranteed payments to partners | | | 10 |
| | 11 | Repairs and maintenance | | | 11 13,586. |
| | 12 | Bad debts | | | 12 |
| | 13 | Rent | | | 13 5,833. |
| | 14 | Taxes and licenses           SEE STATEMENT 1 | | | 14 10,663. |
| | 15 | Interest | | | 15 61,055. |
| | 16 a | Depreciation (if required, attach Form 4562) | 16a | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | | | 17 |
| | 18 | Retirement plans, etc. | | | 18 |
| | 19 | Employee benefit programs | | | 19 |
| | 20 | Other deductions (attach statement)      SEE STATEMENT 2 | | | 20 78,201. |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 274,754. |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 8 | | | 22 6,751. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member manager

▶ Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00009773 |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | SANSIVERI, LONG & CO., L.L.C. 1135 CLIFTON AVENUE SUITE 101 CLIFTON, NJ 07013 | | | EIN ▶ 22-3769808 | |
| | | | | Phone no. (973) 472-1817 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2009)

911001
12-15-09      LHA

CLIENT'S COPY

83-0396188    Page 2

## Schedule A    Cost of Goods Sold    (see the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a  Check all methods used for valuing closing inventory:

   (i) ☐ Cost as described in Regulations section 1.471-3

   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

   (iii) ☐ Other (specify method used and attach explanation) ▶

  b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

  c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

  e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

    If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company   d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership     f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

  b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below      X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **1065** (2009)

CLIENT'S COPY

|  |  | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2009, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| | | |
|---|---|---|
| Name of designated TMP ▶ | | Identifying number of TMP ▶ |
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ |
| Address of designated TMP ▶ | | |

Form **1065** (2009)

CLIENT'S COPY

## Schedule K   Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | **1** | 6,751. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | 3 a | Other gross rental income (loss)    **3a** | | |
| | b | Expenses from other rental activities (attach statement)    **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Guaranteed payments | **4** | |
| | 5 | Interest income | **5** | |
| | 6 | Dividends: a Ordinary dividends | **6a** | |
| | | b Qualified dividends    **6b** | | |
| | 7 | Royalties | **7** | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | 9 a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | b | Collectibles (28%) gain (loss)    **9b** | | |
| | c | Unrecaptured section 1250 gain (attach statement)    **9c** | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | 11 | Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | **12** | |
| | 13 a | Contributions | **13a** | |
| | b | Investment interest expense | **13b** | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶        (2) Amount ▶ | **13c(2)** | |
| | d | Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employment** | 14 a | Net earnings (loss) from self-employment | **14a** | 0. |
| | b | Gross farming or fishing income | **14b** | |
| | c | Gross nonfarm income | **14c** | |
| **Credits** | 15 a | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | b | Low-income housing credit (other) | **15b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **15c** | |
| | d | Other rental real estate credits (see instructions)    Type ▶ | **15d** | |
| | e | Other rental credits (see instructions)    Type ▶ | **15e** | |
| | f | Other credits (see instructions)    Type ▶ | **15f** | |
| **Foreign Transactions** | 16 a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | **16b** | |
| | c | Gross income sourced at partner level | **16c** | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive category ▶    e General category ▶    f Other ▶ | **16f** | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶    h Other ▶ | **16h** | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category ▶    j General category ▶    k Other ▶ | **16k** | |
| | l | Total foreign taxes (check one): ▶ Paid ☐    Accrued ☐ | **16l** | |
| | m | Reduction in taxes available for credit (attach statement) | **16m** | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a | Post-1986 depreciation adjustment | **17a** | |
| | b | Adjusted gain or loss | **17b** | |
| | c | Depletion (other than oil and gas) | **17c** | |
| | d | Oil, gas, and geothermal properties - gross income | **17d** | |
| | e | Oil, gas, and geothermal properties - deductions | **17e** | |
| | f | Other AMT items (attach statement) | **17f** | |
| **Other Information** | 18 a | Tax-exempt interest income | **18a** | |
| | b | Other tax-exempt income | **18b** | |
| | c | Nondeductible expenses      SEE STATEMENT 3 | **18c** | 6,349. |
| | 19 a | Distributions of cash and marketable securities | **19a** | |
| | b | Distributions of other property | **19b** | |
| | 20 a | Investment income | **20a** | |
| | b | Investment expenses | **20b** | |
| | c | Other items and amounts (attach statement) | | |

CLIENT'S COPY

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ............... | | | | | 1 | 6,751. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | 6,751. | | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash ............... | | 916. | | 1,318. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories ............... | | | | |
| 4 | U.S. government obligations ............... | | | | |
| 5 | Tax-exempt securities ............... | | | | |
| 6 | Other current assets (attach statement) ... | | | | |
| 7 | Mortgage and real estate loans ............... | | | | |
| 8 | Other investments (attach statement) ..... | | | | |
| 9a | Buildings and other depreciable assets ..... | | | | |
| b | Less accumulated depreciation ............... | | | | |
| 10a | Depletable assets ............... | | | | |
| b | Less accumulated depletion ............... | | | | |
| 11 | Land (net of any amortization) ............... | | | | |
| 12a | Intangible assets (amortizable only) ....... | | | | |
| b | Less accumulated amortization ............... | | | | |
| 13 | Other assets (attach statement) ............... | STATEMENT 4 | 419,870. | | 480,270. |
| 14 | Total assets ............... | | 420,786. | | 481,588. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable ............... | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans ............... | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) ....... | STATEMENT 5 | 496,430. | | 556,830. |
| 21 | Partners' capital accounts ............... | | <75,644.> | | <75,242.> |
| 22 | Total liabilities and capital ............... | | 420,786. | | 481,588. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| 1 | Net income (loss) per books ............... | 402. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | | | |
| b | Travel and entertainment $   6,349. | | 8 | Add lines 6 and 7 ............... | |
| | _____ | 6,349. | 9 | Income (loss) (Analysis of Net Income (Loss), | |
| 5 | Add lines 1 through 4 ............... | 6,751. | | line 1). Subtract line 8 from line 5 ............... | 6,751. |

## Schedule M-2   Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year ............... | <75,644.> | 6 | Distributions: a Cash ............... | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash ............... | | | b Property ............... | |
| | b Property ............... | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books ............... | 402. | | _____ | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 ............... | |
| | _____ | | | | |
| 5 | Add lines 1 through 4 ............... | <75,242.> | 9 | Balance at end of year. Subtract line 8 from line 5 | <75,242.> |

CLIENT'S COPY

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065. See instructions.**

OMB No. 1545-0099

Name of partnership

REPUBLIC GROUP, LLC

Employer identification number

83-0396188

## Part I  Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II  Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| RAFAEL MARTINEZ | 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 | UNITED STATES | 95.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (12-2009)

CLIENT'S COPY

REPUBLIC GROUP, LLC                                      83-0396188

---

| FORM 1065 | TAX EXPENSE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 10,663. |
| TOTAL TO FORM 1065, LINE 14 | 10,663. |

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK SERVICE CHARGES | 1,520. |
| INSURANCE | 5,842. |
| MEALS AND ENTERTAINMENT | 6,350. |
| OFFICE EXPENSE | 16,260. |
| PROFESSIONAL FEES | 36,341. |
| SUNDRY | 8,563. |
| TRAVEL | 2,249. |
| UTILITIES | 1,076. |
| TOTAL TO FORM 1065, LINE 20 | 78,201. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 6,349. |
| TOTAL TO SCHEDULE K, LINE 18C | 6,349. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM PARTNERS | 419,870. | 480,270. |
| TOTAL TO SCHEDULE L, LINE 13 | 419,870. | 480,270. |

CLIENT'S COPY

REPUBLIC GROUP, LLC                                          83-0396188

| SCHEDULE L | OTHER LIABILITIES | STATEMENT | 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOANS - OTHERS | 496,430. | 556,830. |
| TOTAL TO SCHEDULE L, LINE 20 | 496,430. | 556,830. |

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | STATEMENT | 6 |

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | <71,862.> | | 381. | | <71,481.> |
| 2 | <3,782.> | | 21. | | <3,761.> |
| TOTAL | <75,644.> | | 402. | | <75,242.> |

CLIENT'S COPY

STATEMENT(S) 5, 6

651109

| Schedule K-1<br>(Form 1065) | **2009** | □ Final K-1 □ Amended K-1 OMB No. 1545-0099 |
|---|---|---|

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

► **See separate instructions.**

### Part I   Information About the Partnership

**A** Partnership's employer identification number
83-0396188

**B** Partnership's name, address, city, state, and ZIP code

REPUBLIC GROUP, LLC
260 WEST 36TH STREET, SUITE 901
NEW YORK, NY  10018

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** □ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

RAFAEL MARTINEZ
300 HOPPER COURT
FRANKLIN LAKES, NJ  07417

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   □ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 95.0000000% | 95.0000000% |
| Loss | 95.0000000% | 95.0000000% |
| Capital | 95.0000000% | 95.0000000% |

**K** Partner's share of liabilities at year end:

| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 0. |

**L** Partner's capital account analysis:

| Beginning capital account | $ <71,862.> |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ 381. |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ <71,481.> |

☒ Tax basis   □ GAAP   □ Section 704(b) book
□ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
□ Yes   ☒ No
If "Yes", attach statement (see instructions)

For IRS Use Only

| 1 Ordinary business income (loss)<br>6,413. | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses<br>C* 6,032. |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss)<br>A 0. | |

*See attached statement for additional information.

CLIENT'S COPY

REPUBLIC GROUP, LLC                                           83-0396188

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 6,032. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 6,032. |

CLIENT'S COPY
PARTNER NUMBER 1

651109

# Schedule K-1
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

## 2009

For calendar year 2009, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

|  | Final K-1 |  | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|---|

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss)  **338.** | 15 Credits | | |
| 2 Net rental real estate income (loss) | 16 Foreign transactions | | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | 17 Alternative min tax (AMT) items | | |
| 6b Qualified dividends | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses   C*  **317.** | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions | | |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | 20 Other information | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)   A   **0.** | | | |

*See attached statement for additional information.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
83-0396188

**B** Partnership's name, address, city, state, and ZIP code

REPUBLIC GROUP, LLC
260 WEST 36TH STREET, SUITE 901
NEW YORK, NY   10018

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

INA SAMUELS MARTINEZ
300 HOPPER COURT
FRANKLIN LAKES, NJ 07417

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner?   INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.0000000% | 5.0000000% |
| Loss | 5.0000000% | 5.0000000% |
| Capital | 5.0000000% | 5.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | <3,782.> |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 21. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | <3,761.> |

For IRS Use Only

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

911261
12-08-09 LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

**Schedule K-1 (Form 1065) 2009**

2

CLIENT'S COPY

REPUBLIC GROUP, LLC

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 317. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 317. |

CLIENT'S COPY
PARTNER NUMBER 2

# 2009 TAX RETURN FILING INSTRUCTIONS

LLC/LLP FILING FEE FORM IT-204-LL

### FOR THE YEAR ENDING

DECEMBER 31, 2009

| | |
|---|---|
| **Prepared for** | REPUBLIC GROUP, LLC<br>260 WEST 36TH STREET, SUITE 901<br>NEW YORK, NY 10018 |
| **Prepared by** | SANSIVERI, LONG & CO., L.L.C.<br>1135 CLIFTON AVENUE SUITE 101<br>CLIFTON, NJ 07013 |
| **To be signed and dated by** | A MEMBER OF THE LLC |
| **Amount of tax** | BALANCE DUE $26.00 |
| **Mail tax return to** | STATE PROCESSING CENTER<br>PO BOX 22076<br>ALBANY, NY 12201-2076 |
| **Forms to be distributed to partners** | NONE |
| **Return must be mailed on or before** | OCTOBER 31, 2010 |
| **Special Instructions** | MAKE CHECK PAYABLE TO NYS FILING FEE.<br><br>INCLUDE THE EMPLOYER IDENTIFICATION NUMBER, AND THE WORDS "2009 FILING FEE" ON THE CHECK. |

CLIENT'S COPY

New York State Department of Taxation and Finance

# Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form

**IT-204-LL**

**2009**

For calendar year 2009 or fiscal year
beginning ____ and ending ____

**Print or type**

Legal name
REPUBLIC GROUP, LLC

Trade name of business if different from legal name above

Address *(number and street or rural route)*
260 WEST 36TH STREET, SUITE 901

City, village, or post office          State          ZIP code
NEW YORK                              NY   10018

Principal business activity
REAL ESTATE INVESTMENTS

Employer identification number (EIN)
83-0396188

Change of business information
__ Mark **X** here if you have changed your mailing address and have not previously notified us *(see inst)*

Date business started 01-16-2004

Contact person's telephone number

Enter your **2-digit special condition code** if applicable *(see instructions)* ...... • ___

Mark an **X** in the box identifying the entity for which you are filing this form *(mark only one box)*:
___ Regular partnership    **X** Limited liability company (LLC) or limited liability partnership (LLP)

---

## Part 1 - General information *(mark an X in the appropriate box)*          *BALANCE DUE          26.

| | | | | |
|---|---|---|---|---|
| 1 | Did this entity have any income, gain, loss, or deduction derived from New York sources during the tax year? | Yes **X** | No ___ |
| 2 | Did this entity have an interest in real property in New York State during the last three years? | Yes ___ | No ___ |
| 3 | Has there been a transfer or acquisition of the controlling interest in the entity during the last three years? | Yes ___ | No ___ |

If you answered *No* to question **1, stop**; you do not owe a fee. Do not file this form.

## Part 2 - Partnerships, and LLCs and LLPs treated as partnerships for federal income tax purposes

| | | | |
|---|---|---|---|
| 4 | Enter the amount from line 15, column B, of the *New York source gross income worksheet* in the instructions | 4. | 0. |
| 5 | NYS filing fee - Enter the amount from the appropriate filing fee table in the instructions | 5. | 25. |
| | Make check or money order for the line 5 amount payable to **NYS filing fee**; write your EIN and 2009 filing fee on the remittance and staple it to the top of this form.   *INT | 1. | |

## Part 3 - LLCs that are disregarded entities for federal income tax purposes

| | | | |
|---|---|---|---|
| 6 | LLC disregarded entity: Enter the identification number (EIN or SSN) of the entity or individual who will be reporting the income or loss | 6. | |
| 7 | LLC disregarded entity NYS filing fee - Enter 25 on this line | 7. | |
| | Make check or money order for $25 payable to **NYS filing fee**; write your EIN or SSN and 2009 filing fee on the remittance and staple it to the top of this form. | | |

**Certification:** I certify that all information contained on this form is true and correct to the best of my knowledge and belief.

| ▼ Paid preparer must complete *(see instructions)* ▼ | Date: | ▼ Sign here ▼ |
|---|---|---|
| Preparer's signature | SSN or PTIN:
P00009773
Employer identification number
22-3769808 | Signature of general partner
▶ |
| Firm's name (or yours, if self-employed)
SANSIVERI, LONG & CO., L.L.C. | Mark an X if self-employed ___ | Date          Telephone number |
| Address
1135 CLIFTON AVENUE SUITE 101
CLIFTON, NJ          07013 | | E-mail: |
| E-mail: | | |

File this form with payment within 30 days after the last day of the tax year *(see instructions)*.
Mail to: **STATE PROCESSING CENTER, PO BOX 22076, ALBANY NY 12201-2076.**
For private delivery services, see instructions.

2401091019



# 2009 TAX RETURN FILING INSTRUCTIONS

NEW YORK CITY FORM NYC-204-EZ

### FOR THE YEAR ENDING

DECEMBER 31, 2009

| | |
|---|---|
| **Prepared for** | REPUBLIC GROUP, LLC<br>260 WEST 36TH STREET, SUITE 901<br>NEW YORK, NY   10018 |
| **Prepared by** | SANSIVERI, LONG & CO., L.L.C.<br>1135 CLIFTON AVENUE SUITE 101<br>CLIFTON, NJ   07013 |
| **To be signed and dated by** | A MEMBER OF THE LLC |
| **Amount of tax** | NOT APPLICABLE |
| **Mail tax return to** | NYC DEPARTMENT OF FINANCE<br>P.O. BOX 5060<br>KINGSTON, NY   12402-5060 |
| **Forms to be distributed to partners** | ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE MEMBERS. |
| **Return must be mailed on or before** | OCTOBER 15, 2010 |
| **Special Instructions** | |

910142
04-24-09

CLIENT'S COPY

# N Y C 204 EZ  UNINCORPORATED BUSINESS TAX RETURN

## FOR PARTNERSHIPS (INCLUDING LIMITED LIABILITY COMPANIES)

**2009**

For CALENDAR YEAR 2009 or FISCAL YEAR beginning _____, and ending _____

Entity Type: ● ____ general partnership ● ____ registered limited liability partnership ● ____ limited partnership ● **X** limited liability company

● ____ Amended return ● ____ Final return -Check this box if you have ceased operations.

● ____ Check box if you are engaged in an exempt unincorporated business activity

● ____ Check box if you claim any 9/11/01-related federal tax benefits (see inst.)

| | |
|---|---|
| Date business began in NYC: **01-16-04** MM-DD-YY | Date business ended in NYC: (if applicable): _____ MM-DD-YY |

IF BUSINESS TERMINATED DURING THE YEAR, ATTACH A STATEMENT SHOWING THE DISPOSITION OF BUSINESS PROPERTY

Name
**REPUBLIC GROUP, LLC**
Address (number and street)
**260 WEST 36TH STREET, SUITE 901**
City and State
**NEW YORK**    **NY**   ZIP Code **10018**
Business Telephone Number    Nature of Business

EMPLOYER IDENTIFICATION NUMBER
**83-0396188**

BUSINESS CODE NUMBER AS PER FEDERAL RETURN
**531390**

This form is for certain partnerships, including limited liability companies treated as partnerships for federal income tax purposes, who are required to file an Unincorporated Business Tax Return but have no tax liability. For taxable years beginning on or after January 1, 1997, a partnership engaged in an unincorporated business is required to file an Unincorporated Business Tax return if its unincorporated business gross income is more than $95,000. This form may also be used by a partnership that is not required to file but wishes to disclaim any liability for tax because it is engaged solely in activities exempt from the tax.

**You may not use this form if:**
● You have NYC modifications other than the addback of income and Unincorporated Business Taxes on Schedule B, line 13 of Form NYC-204.
   For a complete list of modifications, see instructions for Form NYC-204.
● You allocate total business income within and without NYC. (If you allocate 100% of your business income to NYC, you may use this form.)
● You claim a credit for Unincorporated Business Tax Paid (See Form NYC-114.7) or other credits (see Forms NYC-114.5, NYC-114.6, NYC-114.8 or NYC-114.9).
● You claim a partial exemption for investment activities. (See instructions for Form NYC-204 'Who is Subject to the Tax'.)
● You have any investment income. (See instructions for Form NYC-204, Schedule D.)
● You claim any deduction for a net operating loss. (See Form NYC-204, Schedule A, line 11.)
● Your unincorporated business gross income less the allowance for active partners' services is more than $90,000. (See Form NYC-204, Schedule A, line 14.)

| | | | |
|---|---|---|---:|
| 1. | Amount from Analysis of Net Income (Loss) from federal Form 1065, Schedule K, line 1 | ● 1. | 6751. |
| 2. | Other income and expenses not included on line 1 that are required to be reported separately to partners (attach schedule and see instructions) | ● 2. | |
| 3. | Income taxes and Unincorporated Business Tax deducted on federal Form 1065 (attach list and see instructions) | ● 3. | |
| 4. | **Total Income (add lines 1 through 3)** | ● 4. | 6751. |
| 5. | Amount included in line 4 representing net income or loss from activities exempt from the tax (see instr.) | ● 5. | |
| 6. | Subtract any net income on line 5 from, or add any net loss on line 5 to, line 4 amount | ● 6. | 6751. |
| 7. | Allowance for active partners' services (see instructions) Number of active partners: ● **# 2.** | ● 7. | 1350. |
| 8. | Line 6 minus line 7 | ● 8. | 5401. |
| 9. | Enter the number of months in business in NYC during the tax year | ● 9. | 12. |
| 10. | Enter the maximum total allowed income from table on page 2 based on the number of months on line 9. If the amount on line 8 exceeds the amount on line 10 by more than $100 you cannot use this form; - you must file on Form NYC-204 | ● 10. | 90000. |
| 11. | Enter payment of estimated Unincorporated Business Tax including carryover credit from previous year and payment with extension, NYC-EXT. This amount is your overpayment | ● 11. | |
| 12. | Amount of line 11 to be refunded | ● 12. | |
| 13. | Amount of line 11 to be credited to 2010 estimated tax on form NYC-5UB | ● 13. | |
| 14. | NYC rent deducted on Federal return | ● 14. | 5833. |

I hereby certify that this return, including any accompanying rider, is to the best of my knowledge and belief, true, correct and complete. I authorize the Dept. of Finance to discuss this return with the preparer listed below. (see instructions)    YES **X**

**SIGN HERE:** Signature of partner: _____ Title _____ Date _____

**PREPARER'S USE ONLY:** Preparer's signature: _____ Preparer's printed name: **ADAM S. LONG, CPA**   Date _____

Preparer's Social Security Number or PTIN
● **P00009773**

Firm's Employer Identification Number
● **22-3769808**

Firm's name **SANSIVERI, LONG & CO., L.L.C.**
**1135 CLIFTON AVENUE SUITE 101**
**CLIFTON, NJ 07013**

Check if self-employed: _____

Firm's name _____ Address _____ ZIP Code _____

**YOU MUST ATTACH A COPY OF FEDERAL FORM 1065, INCLUDING THE INDIVIDUAL K-1s, TO THIS RETURN AND COMPLETE THE ADDITIONAL INFORMATION SECTION ON PAGE 2. SEE PAGE 2 FOR MAILING INSTRUCTIONS.**

CLIENT'S COPY

REPUBLIC GROUP, LLC     83-0396188

| ADDITIONAL REQUIRED INFORMATION | The following information must be entered for this return to be complete. |
|---|---|

1. Did you file a NYC Partnership Return in 2007? ......................................................................................... **X** YES ___ NO

2. Did you file a NYC Partnership Return in 2008? ......................................................................................... **X** YES ___ NO

3. Has the Internal Revenue Service or the New York State Department of Taxation and Finance increased or decreased any taxable income (loss) reported in any tax period, or are you currently being audited? ................ ___ YES **X** NO

    If "yes," by whom?     Internal Revenue Service ___     New York State Department of Taxation and Finance ___

    State periods: _____ and answer (4).

4. Has Form(s) NYC-115 (Tax Report of Change in Taxable Income Made by IRS or New York State) been filed? ................ ___ YES **X** NO

5. At any time during the taxable year, did the partnership have an interest in real property located in NYC or in an entity owning such real property? ......................................................................... ___ YES **X** NO

6. If "YES" to 5:

    a) Was there a partial or complete liquidation of the partnership? ......................................................... ___ YES ___ NO

    b) Was 50% or more of the partnership interests transferred in the last 3 years or according to a plan? ............ ___ YES ___ NO

7. If "YES" to 6a or 6b, was a Real Property Transfer Tax Return filed? ....................................................... ___ YES ___ NO

8. If "NO" to 7, explain: (attach additional sheet if necessary) _____



| MAILING INSTRUCTIONS | | |
|---|---|---|
| **RETURNS CLAIMING REFUNDS**<br>NYC DEPT. OF FINANCE<br>UNINCORPORATED BUSINESS TAX<br>P.O. BOX 5050<br>KINGSTON, NY 12402-5050 | **ALL OTHER RETURNS**<br>NYC DEPT. OF FINANCE<br>UNINCORPORATED BUSINESS TAX<br>P.O. BOX 5060<br>KINGSTON, NY 12402-5060 | The due date for calendar year 2009 is on or before April 15, 2010. For fiscal years beginning in 2009 file by the 15th day of the fourth month following the close of the fiscal year.<br><br>To receive proper credit, you must enter your correct Employer Identification Number on your tax return. |

Download forms and instructions online at nyc.gov/finance or call 311. If calling from outside of the five NYC boroughs, please call 212-NEW-YORK (212-639-9675).    NYC-204EZ - 2009

60920905
994842 09-25-09

CLIENT'S COPY

# NYC Schedule C - Partnership Information

Partnership Name  REPUBLIC GROUP, LLC          Partnership I.D. Number  83-0396188

| Partner Number | Interest % | Name and Address |
|---|---|---|
| 1 | 95.0000000% | RAFAEL MARTINEZ<br>300 HOPPER COURT<br>FRANKLIN LAKES, NJ 07417 |

| General Partner | Limited | Partner's Identification Number | Percentage of Time Devoted to Business | Partner's Distributive Share | Partner's Distributive Pct. |
|---|---|---|---|---|---|
| | X | 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 | | 6,413. | 94.993334% |

| Partner Number | Interest % | Name and Address |
|---|---|---|
| 2 | 5.0000000% | INA SAMUELS MARTINEZ<br>300 HOPPER COURT<br>FRANKLIN LAKES, NJ 07417 |

| General Partner | Limited | Partner's Identification Number | Percentage of Time Devoted to Business | Partner's Distributive Share | Partner's Distributive Pct. |
|---|---|---|---|---|---|
| | X | 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 | | 338. | 5.006666% |

| Partner Number | Interest % | Name and Address |
|---|---|---|
| | % | |

| General Partner | Limited | Partner's Identification Number | Percentage of Time Devoted to Business | Partner's Distributive Share | Partner's Distributive Pct. |
|---|---|---|---|---|---|
| | | | | | % |

| Partner Number | Interest % | Name and Address |
|---|---|---|
| | % | |

| General Partner | Limited | Partner's Identification Number | Percentage of Time Devoted to Business | Partner's Distributive Share | Partner's Distributive Pct. |
|---|---|---|---|---|---|
| | | | | | % |

| Partner Number | Interest % | Name and Address |
|---|---|---|
| | % | |

| General Partner | Limited | Partner's Identification Number | Percentage of Time Devoted to Business | Partner's Distributive Share | Partner's Distributive Pct. |
|---|---|---|---|---|---|
| | | | | | % |

CLIENT'S COPY

# Partner's New York City Information
### For Calendar Year 2009 or Fiscal Year

Beginning _____ , 2009; and Ending _____ , _____.

**2009**

| | |
|---|---|
| Partner's Name, Address and ZIP Code | Partner Number ___ 1 ___ |

RAFAEL MARTINEZ
300 HOPPER COURT
FRANKLIN LAKES, NJ 07417

Resident ☐          Nonresident ☒
Amended Schedule K-1 ☐          Final Schedule K-1 ☐

Partnership's Name, Address and ZIP Code

REPUBLIC GROUP, LLC
260 WEST 36TH STREET, SUITE 901
NEW YORK                    NY 10018

Partnership's Identifying Number
**83-0396188**
Partner's Percentage of:
Ownership    **95.0000000**%
Profit and Loss   **95.0000000**%
% of time devoted _____
Time devoted _____
% of Total Distributive Shares    **94.993334**%

### ITEMS OF BUSINESS INCOME, GAIN, LOSS OR DEDUCTION

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) | 1 | 6413. |
| 2 | Net income (loss) from ALL rental real estate activity not included in line 1 | 2 | |
| 3 | All portfolio income such as interest, dividends, royalties, annuity income *and* gain (loss) on the disposition of property held for investment not included in line 1 and line 2 | 3 | |
| 4 | Guaranteed payments to partners | 4 | |
| 5 | Payments to retired partners included in other deductions from federal Form 1065 | 5 | |
| 6 | Other income not included in lines 1, 2 and 3 | 6 | |
| 7 | Charitable contributions | 7 | |
| 8 | Other deductions not included in lines 1, 2 and 3 | 8 | |
| 9 | Other items and amounts not included above that are required to be reported separately to partners | 9 | |
| 10 | Total income (*combine* lines 1 through 9. DO NOT INCLUDE LINE 7) | 10 | 6413. |
| 11 | *Subtract* (if loss, add) net income from rental or gain from sale or exchange of real property situated outside New York City if included in line 10 above | 11 | |
| 12 | Total income before New York City modifications (*combine* line 10 and line 11) | 12 | 6413. |

### NEW YORK CITY MODIFICATIONS

**Additions**

| | | | |
|---|---|---|---|
| 13 | All income taxes and unincorporated business taxes | 13 | |
| 14 | (a)  Sales and use tax credit | 14a | |
| | (b)  Relocation credits | 14b | |
| | (c)  Expenses related to exempt income | 14c | |
| | (d)  Depreciation adjustments | 14d | |
| | (e)  Exempt activities | 14e | |
| 15 | Other additions | 15 | |
| 16 | Total additions (add lines 13 through 15) | 16 | |

**Subtractions**

| | | | |
|---|---|---|---|
| 17 | All income taxes and unincorporated business tax refunds | 17 | |
| 18 | Sales & use tax refunds from vendors or New York State | 18 | |
| 19 | Wages and salaries subject to federal jobs credit | 19 | |
| 20 | Depreciation adjustments | 20 | |
| 21 | Exempt income included in Part I, line 10 | 21 | |
| 22 | 50% of dividends | 22 | |
| 23 | Exempt activities | 23 | |
| 24 | Other subtractions | 24 | |
| 25 | Total subtractions (add lines 17 through 24) | 25 | |

994821 04-24-09

CLIENT'S COPY

# Partner's New York City Information
## For Calendar Year 2009 or Fiscal Year

Beginning _____, 2009; and Ending _____, _____.

**2009**

---

**Partner's Name, Address and ZIP Code**

INA SAMUELS MARTINEZ
300 HOPPER COURT
FRANKLIN LAKES, NJ 07417

Partner Number    2

Partner's Identifying Number

Resident ☐    Nonresident ☐
Amended Schedule K-1 ☐    Final Schedule K-1 ☐   **Nonresident [X]**

---

**Partnership's Name, Address and ZIP Code**

REPUBLIC GROUP, LLC
260 WEST 36TH STREET, SUITE 901
NEW YORK        NY 10018

Partnership's Identifying Number
**83-0396188**

**Partner's Percentage of:**
Ownership    **5.0000000**%
Profit and Loss    **5.0000000**%
% of time devoted _____
Time devoted _____
% of Total Distributive Shares    **5.006666**%

---

## ITEMS OF BUSINESS INCOME, GAIN, LOSS OR DEDUCTION

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) | 1 | 338. |
| 2 | Net income (loss) from ALL rental real estate activity not included in line 1 | 2 | |
| 3 | All portfolio income such as interest, dividends, royalties, annuity income *and* gain (loss) on the disposition of property held for investment not included in line 1 and line 2 | 3 | |
| 4 | Guaranteed payments to partners | 4 | |
| 5 | Payments to retired partners included in other deductions from federal Form 1065 | 5 | |
| 6 | Other income not included in lines 1, 2 and 3 | 6 | |
| 7 | Charitable contributions    7 | | |
| 8 | Other deductions not included in lines 1, 2 and 3 | 8 | |
| 9 | Other items and amounts not included above that are required to be reported separately to partners | 9 | |
| 10 | Total income (*combine* lines 1 through 9. DO NOT INCLUDE LINE 7) | 10 | 338. |
| 11 | *Subtract* (If loss, add) net income from rental or gain from sale or exchange of real property situated outside New York City if included in line 10 above | 11 | |
| 12 | Total income before New York City modifications (*combine* line 10 and line 11) | 12 | 338. |

## NEW YORK CITY MODIFICATIONS

**Additions**

| | | | |
|---|---|---|---|
| 13 | All income taxes and unincorporated business taxes | 13 | |
| 14 | (a) Sales and use tax credit | 14a | |
| | (b) Relocation credits | 14b | |
| | (c) Expenses related to exempt income | 14c | |
| | (d) Depreciation adjustments | 14d | |
| | (e) Exempt activities | 14e | |
| 15 | Other additions | 15 | |
| 16 | Total additions (add lines 13 through 15) | 16 | |

**Subtractions**

| | | | |
|---|---|---|---|
| 17 | All income taxes and unincorporated business tax refunds | 17 | |
| 18 | Sales & use tax refunds from vendors or New York State | 18 | |
| 19 | Wages and salaries subject to federal jobs credit | 19 | |
| 20 | Depreciation adjustments | 20 | |
| 21 | Exempt income included in Part I, line 10 | 21 | |
| 22 | 50% of dividends | 22 | |
| 23 | Exempt activities | 23 | |
| 24 | Other subtractions | 24 | |
| 25 | Total subtractions (add lines 17 through 24) | 25 | |

CLIENT'S COPY

# 2009 TAX RETURN FILING INSTRUCTIONS

### NEW YORK FORM IT-204

### FOR THE YEAR ENDING

DECEMBER 31, 2009

| | |
|---|---|
| **Prepared for** | REPUBLIC GROUP, LLC<br>260 WEST 36TH STREET, SUITE 901<br>NEW YORK, NY 10018 |
| **Prepared by** | SANSIVERI, LONG & CO., L.L.C.<br>1135 CLIFTON AVENUE SUITE 101<br>CLIFTON, NJ 07013 |
| **To be signed and dated by** | A MEMBER OF THE LLC |
| **Amount of tax** | NOT APPLICABLE |
| **Mail tax return to** | STATE PROCESSING CENTER<br>P.O. BOX 61000<br>ALBANY, NY 12261-0001 |
| **Forms to be distributed to partners** | ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE PARTNERS. |
| **Return must be mailed on or before** | PLEASE MAIL AS SOON AS POSSIBLE. |
| **Special Instructions** | ENCLOSED IS NEW YORK FORM IT-2659. PLEASE SIGN, DATE, AND SEPARATELY MAIL AS SOON AS POSSIBLE TO:<br><br>        NYS TAX DEPARTMENT - IT-2659<br>        P.O. BOX 397<br>        ALBANY, NY 12201-0397<br><br>MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO COMMISSIONER OF TAXATION AND FINANCE IN THE AMOUNT OF $26. STAPLE CHECK OR MONEY ORDER TO THE FORM AS INSTRUCTED. DO NOT ATTACH OR FILE THIS FORM WITH ANY OTHER FORM. |

CLIENT'S COPY

New York State Department of Taxation and Finance

**2009**

# IT-204

## Partnership Return

For calendar year 2009 or tax year beginning

and ending

Read the instructions, Form IT-204-I, before completing this return.

Legal name
**REPUBLIC GROUP, LLC**

Trade name of business if different from legal name above

Address *(number and street or rural route)*
**260 WEST 36TH STREET, SUITE 90**

| City, village, or post office | State | ZIP code |
|---|---|---|
| **NEW YORK** | **NY** | **10018** |

▼ Employer identification number (EIN)
**83-0396188**

Principal business activity
**REAL ESTATE INVESTMEN**

Principal product or service
**RECEIVABLES FINANCING**

NAICS business code number (see instructions) ▼
**531390**

Date business started
**01-16-2004**

Special conditions for filing your 2009 tax return (see instr.)

## Section 1 - Partnership information

A   Mark an X in the box that applies to your entity

   Regular partnership        Limited liability partnership (LLP)        Portfolio investment partnership        Other

   **X**   Limited liability company (LLC - including limited liability investment company and a limited liability trust company)

B   1)   Did the partnership have any income gain, loss, or deduction derived from NY sources during the tax year?   B1 Yes **X** No

   2)   If *No*, enter the number of resident partners   B2

C   Mark applicable box(es)   ►   Change of address   ►   Initial return ►   Amended return   Final return *(attach explanation)*

D   1)   Is this return the result of federal audit changes?   D1 Yes   No **X**

   If *Yes:*   2)   Enter date of final federal determination   D2 ►

   3)   Do you concede the federal audit changes?   D3 Yes   No

E   Did you file a NYS partnership return for:   1) 2007?   E1 Yes **X** No   2) 2008?   E2 Yes **X** No

   If *No*, state reason:

F   Number of partners   1) Article 22   F1   2

   2) Article 9-A   F2

   3) Other   F3

   4) Total   F4   2

G   Does the partnership currently have tax accounts with NYS for the following taxes?

   1) Sales and use tax   •   Yes   :   No **X**   *(if Yes, enter ID number)*   G1

   2) Withholding tax   •   Yes   :   No **X**   *(if Yes, enter ID number)*   G2

H   Did the partnership have an interest in real property located in NYS during the last three years?   H Yes   No

I   Has there been a transfer or acquisition of a controlling interest in this entity during the last three years?   I Yes   No

J   Are any partners in this partnership also partnerships or LLCs?   J Yes   No **X**

K   Did the partnership engage in a like-kind transaction under IRC 1031 during the tax year?   K Yes   No **X**

L   Was there a distribution of property or a transfer of a partnership interest during the tax year?   L Yes   No **X**

M   Did the partnership make an election under IRC section 754?   M Yes   No **X**

N   Is this partnership under audit by the IRS or has it been audited in a prior year?   N Yes   No **X**

O   Is the partnership required to file Form DTF-686 or DTF-686-ATT for this filing period, to report a reportable transaction, New York reportable transaction, listed transaction or registered tax shelter?   O Yes   No **X**

   If *Yes*, complete and attach Form(s) DTF-686, DTF-686-ATT, and any applicable federal forms.

P   Did the partnership make purchases subject to sales and compensating use tax for which NYS tax was not paid? *(see instr.)*   P Yes   No **X**

**Third-party designee?** (see instr.)
Yes **X** No

Print designee's name

E-mail:

Designee's phone number

Personal identification number (PIN)

---

▼ **Paid preparer must complete (see instructions)** ▼

Preparer's signature
►

Firm's name *(or yours, if self-employed)*
**SANSIVERI, LONG & CO., L.L.**
Address   **1135 CLIFTON AVENUE SUITE**
**CLIFTON, NJ       07013**
E-mail:

▼ SSN or PTIN:
**P00009773**
● Employer identification number
**22-3769808**
Mark an X if self-employed
Date

▼ **Sign here** ▼
Signature of general partner
►

Date

E-mail:

▼ Daytime phone number

Mail your return to:
**STATE PROCESSING CENTER, PO BOX 61000, ALBANY NY 12261-0001.**

968501
12-08-09       **Please file this original scannable return with the Tax Department.**

2041091019

CLIENT'S COPY

IT-204 (2009) REPUBLIC GROUP, LLC      ~~~ ~~~ (2009)  

## Section 2 - Federal ordinary business income (loss)

### Part 1 - Income from federal Form 1065

83-0396188

| | | |
|---|---|---|
| 1 Gross receipts or sales | 1. | |
| 2 Returns and allowances | 2. | 281,505. |
| 3 Subtract line 2 from line 1 | | |
| 4 Cost of goods sold | 3. | |
| 5 Gross profit *(subtract line 4 from line 3)* | 4. | 281,505. |
| 6 Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* | 5. | |
| 7 Net farm profit (loss) *(attach federal Form 1040, Schedule F)* | 6. | 281,505. |
| 8 Net gain (loss) from federal Form 4797, Part II, line 17 *(attach federal Form 4797)* | 7. | |
| 9 Other income (loss) *(attach statement)* | 8. | |
| 10 Total income (loss) *(combine lines 5 through 9)* | 9. | |
| | 10. | 281,505. |

### Part 2 - Deductions from federal Form 1065

| | | |
|---|---|---|
| 11 Salaries and wages (other than to partners) (less employment credits) | 11. | |
| 12 Guaranteed payments to partners | 12. | 105,416. |
| 13 Repairs and maintenance | 13. | |
| 14 Bad debts | 14. | 13,586. |
| 15 Rent | 15. | |
| 16 Taxes and licenses | 16. | 5,833. |
| 17 Interest | 17. | 10,663. |
| 18 Depreciation *(if required, attach federal Form 4562)* 18. | | 61,055. |
| 19 Depreciation reported on federal Form 1065, Schedule A and elsewhere on return 19. | | |
| 20 Subtract line 19 from line 18 | 20. | |
| 21 Depletion *(do not deduct oil and gas depletion)* | 21. | |
| 22 Retirement plans, etc | 22. | |
| 23 Employee benefit programs | 23. | |
| 24 Other deductions *(attach statement)* | 24. | 78,201. |
| 25 Total deductions *(add lines 11 through 17 and lines 20 through 24)*  SEE STATEMENT 1 | 25. | 274,754. |
| 26 Ordinary business income (loss) *(subtract line 25 from line 10)* | 26. | 6,751. |

## Section 3 - Cost of goods sold *(from federal Form 1065, Schedule A; see instructions)*

| | | |
|---|---|---|
| 27 Inventory at beginning of year | 27. | |
| 28 Purchases less cost of items withdrawn for personal use | 28. | |
| 29 Cost of labor | 29. | |
| 30 Additional IRC section 263A costs *(attach statement)* | 30. | |
| 31 Other costs *(attach statement)* | 31. | |
| 32 Total *(add lines 27 through 31)* | 32. | |
| 33 Inventory at end of year | 33. | |
| 34 Cost of goods sold *(subtract line 33 from line 32)* | 34. | |
| 35 Methods used for valuing closing inventory *(mark an **X** in applicable boxes)* | | |

Cost as described in federal regulations section 1.471-3

Lower of cost or market as described in federal regulations section 1.471-4

Other *(specify method used and explain)*

|  | Yes | No |
|---|---|---|
| 6 Was there a writedown of subnormal goods as described in federal regulations section 1.471-2 (c)? | Yes | No |
| 7 Was LIFO inventory method adopted this tax year for any goods? | Yes | No |
| 8 Do the rules of IRC section 263A (for property produced or acquired for resale) apply to the partnership? *(If Yes, attach federal Form 970.)* | Yes | No |
| 9 Was there any change in determining quantities, cost, or valuations between opening and closing inventory? | Yes | No |

If Yes, explain

30.
12.
88.



2042091019

## Section 7 - Partners' share of income, deductions, etc. *(from federal Form 1065, Schedule K)*

**Partners' distributive share items**

| | | |
|---|---|---|
| 86 Ordinary business income (loss) | 86. | 6,751. |
| 87 Net rental real estate income (loss) *(attach federal Form 8825)* | 87. | |
| 88a Other gross rental income (loss) | 88a. | |
| 88b Expenses from other rental activities | 88b. | |
| 89 Other net rental income (loss) *(subtract line 88b from line 88a)* | 89. | |
| 90 Guaranteed payments | 90. | |
| 91 Interest income | 91. | |
| 92 Ordinary dividends | 92. | |
| 93 Royalties | 93. | |
| 94 Net short-term capital gain (loss) *(attach federal Schedule D)* | 94. | |
| 95 Net long-term capital gain (loss) *(attach federal Schedule D)* | 95. | |
| 96 Net section 1231 gain (loss) *(attach federal Form 4797)* | 96. | |
| 97 Other income (loss) *(see instructions)* <br> Identify: | 97. | |
| 98 Section 179 deduction *(attach federal Form 4562)* | 98. | |
| 99 Other deductions *(see instructions)* <br> Identify: | 99. | |
| 100 Tax preference items for minimum tax *(see instructions)* <br> Identify: | 100. | |
| 101 Net earnings (loss) from self-employment | 101. | |
| 102 Tax-exempt income and nondeductible expenses *(see instructions)* | 102. | 6,349. |
| 103 Distributions - cash and marketable securities | 103. | |
| 104 Distributions - other property | 104. | |
| 105 Other items not included above that are required to be reported separately to partners *(see inst.)* <br> Identify: | 105. | |

**Analysis of net income (loss)**

| | | |
|---|---|---|
| 106 Enter amount from federal Form 1065, Analysis of Net Income (Loss), line 1 | 106. | 6,751. |

**Analysis by type of partner**

| | General Partners | Limited Partners |
|---|---|---|
| A Corporate | | |
| B Individual (active) | | |
| C Individual (passive) | | 6,751. |
| D Partnership | | |
| E Exempt organization | | |
| F Nominee / other | | |



## Section 8 - New York modifications *(see instructions)*

**107** New York State additions

| | Number | A - Total amount | B - New York State allocated amount |
|---|---|---|---|
| **107a.** | EA- | | |
| **107b.** | EA- | | |
| **107c.** | EA- | | |
| **107d.** | EA- | | |
| **107e.** | EA- | | |
| **107f.** | EA- | | |

**108** Total addition modifications *(total of column A, lines 107a though 107f)*          **108.**

---

**109** New York State subtractions

| | Number | A - Total amount | B - New York State allocated amount |
|---|---|---|---|
| **109a.** | ES- | | |
| **109b.** | ES- | | |
| **109c.** | ES- | | |
| **109d.** | ES- | | |
| **109e.** | ES- | | |
| **109f.** | ES- | | |

**110** Total subtraction modifications *(total of column A, lines 109a though 109f)*          **110.**

**111** Additions to federal itemized deductions

| | Letter | Amount |
|---|---|---|
| **111a.** | | |
| **111b.** | | |
| **111c.** | | |
| **111d.** | | |
| **111e.** | | |
| **111f.** | | |

**112** Total additions to federal itemized deductions *(add lines 111a through 111f)*          **112.**

**113** Subtractions from federal itemized deductions

| | Letter | Amount |
|---|---|---|
| **113a.** | | |
| **113b.** | | |
| **113c.** | | |
| **113d.** | | |
| **113e.** | | |
| **113f.** | | |

---

**114** Total subtractions from federal itemized deductions *(add lines 113a through 113f)*          **114.**

**115** New York adjustments to tax preference items          **115.**



## Section 9 - Other information

| | | | |
|---|---|---|---|
| **116a** | New York source gross income *(see instructions)* | **116a.** | 281,505. |
| **116b** | Net earnings from self-employment allocated to the MCTD *(see instructions)* | **116b.** | |

**117** Is this partnership a partner in another partnership or LLC? *(If Yes, list the names and EINs below; attach additional sheets if necessary.)*      Yes     No    X

Name of entity             EIN

## Section 10 - New York allocation schedule

**Part 1** - List all places, both in and out of NYS, where the partnership carries on business *(attach additional sheets if necessary)*

| Street address | City and state | Description *(see instructions)* |
|---|---|---|
| | | |

**118** Do books and records reflect income earned in New York? *(If Yes, do not complete Part 2.)*     Yes   X    No

**Part 2** - Formula basis allocation of income if books and records do not reflect income earned in New York

| Items used as factors<br>Property percentage *(see instructions)* | A - Totals - in and out of NYS<br>Dollars | B - New York State amounts<br>Dollars | C - Percent col. B<br>is of col. A | |
|---|---|---|---|---|
| **119** Real property owned | **119.** | **119.** | | |
| **120** Real property rented from others | **120.** | **120.** | | |
| **121** Tangible personal property owned | **121.** | **121.** | | |
| **122** Property percentage | | | | |
| (add lines 119, 120, and 121; see instr.) | **122.** | **122.** | **122.** | % |
| **123** Payroll percentage *(see instr.)* | **123.** | **123.** | **123.** | % |
| **124** Gross income percentage | | | | |
| *(see instr.)* | **124.** | **124.** | **124.** | % |
| **125** Total of percentages *(total column C, lines 122, 123, and 124)* | | | **125.** | % |
| **126** Business allocation percentage *(divide line 125 by three or by actual number of percentages if less than three)* | | | **126.** | % |

## Section 11 - Partners' credit information *(see instructions)*

**Part 1 - Pass-through credit bases and factors**

**Brownfield redevelopment tax credit** *(Form IT-611 or IT-611.1)*

| | | |
|---|---|---|
| **127** Site preparation credit component | **127.** | |
| **128** Tangible property credit component | **128.** | |
| **129** On-site groundwater remediation credit component | **129.** | |



**Section 11** *(continued)*

**EZ capital tax credit** *(Form IT-602)*

| | | |
|---|---|---|
| 130 | Investments in certified EZ businesses | 130. |
| 131 | Contributions of money to EZ community development projects | 131. |
| 132 | Recapture of credit for investments in certified EZ businesses | 132. |
| 133 | Recapture of credit for contributions of money to EZ community development projects | 133. |

**QEZE tax reduction credit** *(Form IT-604)*

| | | |
|---|---|---|
| 134 | QEZE employment increase factor | 134. |
| 135 | QEZE zone allocation factor | 135. |
| 136 | QEZE benefit period factor | 136. |

**QETC facilities, operations, and training credit** *(Form DTF-619)*

| | | |
|---|---|---|
| 137 | Research and development property credit component | 137. |
| 138 | Qualified research expenses credit component | 138. |
| 139 | Qualified high-technology training expenditures credit component | 139. |

**Farmers' school tax credit** *(Form IT-217)*

| | | |
|---|---|---|
| 140 | Acres of qualified agricultural property | 140. |
| 141 | Acres of qualified conservation property | 141. |
| 142 | Eligible school district property taxes paid | 142. |
| 143 | Acres of qualified agricultural property converted to nonqualified use | 143. |

**Other pass-through credit bases and factors**

Credit bases

| Code | Amount | Code | Amount |
|---|---|---|---|
| 144a. | | 144d. | |
| 144b. | | 144e. | |
| 144c. | | 144f. | |

Credit factors

| Code | Factor | Code | Factor | Code | Factor |
|---|---|---|---|---|---|
| 144g. | | 144i. | | 144k. | |
| 144h. | | 144j. | | 144l. | |

**Part 2 - Pass-through credits, addbacks and recaptures**

| | | |
|---|---|---|
| 145 | Long-term care insurance credit *(Form IT-249)* | 145. |
| 146a | Investment credit (including employment incentive credit and historic barn rehabilitation credit; Form IT-212) | 146a. |
| 146b | Research and development - investment credit *(Form IT-212)* | 146b. |
| 147 | Other pass-through credits | |

| Code | Amount | Code | Amount |
|---|---|---|---|
| 147a. | | 147e. | |
| 147b. | | 147f. | |
| 147c. | | 147g. | |
| 147d. | | 147h. | |

148    Addbacks of credits and recaptures

| Code | Amount | Code | Amount |
|---|---|---|---|
| 148a. | | 148d. | |
| 148b. | | 148e. | |
| 148c. | | 148f. | |



REPUBLIC GROUP, LLC                                    83-0396188

| NY IT-204 | OTHER DEDUCTIONS | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| BANK SERVICE CHARGES | 1,520. |
| INSURANCE | 5,842. |
| MEALS AND ENTERTAINMENT | 6,350. |
| OFFICE EXPENSE | 16,260. |
| PROFESSIONAL FEES | 36,341. |
| SUNDRY | 8,563. |
| TRAVEL | 2,249. |
| UTILITIES | 1,076. |
| TOTAL TO FORM IT-204, PAGE 2, LINE 24 | 78,201. |

| NY IT-204 | OTHER ASSETS | STATEMENT | 2 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM PARTNERS | 419,870. | 480,270. |
| TOTAL TO FORM IT-204, PAGE 3, LINE 56 | 419,870. | 480,270. |

| NY IT-204 | OTHER LIABILITIES | STATEMENT | 3 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOANS - OTHERS | 496,430. | 556,830. |
| TOTAL TO FORM IT-204, PAGE 3, LINE 63 | 496,430. | 556,830. |

| NY IT-204 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT | 4 |

| DESCRIPTION | AMOUNT |
|---|---|
| TRAVEL/ENTERTAINMENT | 6,349. |
| TOTAL TO FORM IT-204, PAGE 4, LINE 69 | 6,349. |

CLIENT'S COPY

STATEMENT(S) 1, 2, 3, 4

New York State Department of Taxation and Finance
# New York Partner's Schedule K-1

2009

# IT-204-IP

1

Tax Law - Article 22 (Personal Income Tax)

Final K-1
Amended K-1

For calendar year 2009 or tax year beginning _____ and ending _____

Partners: Before completing your income tax return, see Form IT-204-IP-I, *Partner's Instructions for Form IT-204-IP* (available at www.nystax.gov).

## Partnership's information *(see instructions)*

Partnership's name (as shown on Form IT-204)

**REPUBLIC GROUP, LLC**

Partnership's EIN
**83-0396188**

**A** Mark an X in the box if either applies to your entity    Publicly traded partnership    Portfolio investment partnership

**B** Tax shelter registration number, if any     **B**

**C** Business allocation percentage     **C**   100.0000 %

## Partner's information *(see instructions)*

Partner's name
**RAFAEL MARTINEZ**

Partner's identifying number
**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**

Partner's address
**300 HOPPER COURT**

| City | State | ZIP code |
|------|-------|----------|
| **FRANKLIN LAKES** | **NJ** | **07417** |

**D** The partner is a *(mark an X in the appropriate box)*   General partner or LLC member-manager   **X**   Limited partner or other LLC member

**E** What is the tax filing status of the partner? *(mark an X in the appropriate box, if known.)*   **X**   Individual    Estate/trust    Partnership

**F** If the partner is a disregarded entity or grantor trust,
    enter the tax ID of the entity or individual reporting the income, if known    **F**

**G** Did the partner sell its entire interest during the tax year?    **G**   Yes    No   **X**

**H** Partner's share of profit, loss, and capital

| | | | Beginning | | Ending | |
|---|---|---|---|---|---|---|
| 1) | Profit | **H1** | 95.0000 | % | 95.0000 | % |
| 2) | Loss | **H2** | 95.0000 | % | 95.0000 | % |
| 3) | Capital | **H3** | 95.0000 | % | 95.0000 | % |

**I** Partner's share of liabilities at the end of the year

| | | | |
|---|---|---|---|
| 1) | Nonrecourse | **I1** | |
| 2) | Qualified nonrecourse financing | **I2** | |
| 3) | Recourse | **I3** | |

**J** Partner's capital account analysis

| | | | |
|---|---|---|---|
| 1) | Beginning capital account | **J1** | −71,862. |
| 2) | Capital contributed during the year - cash | **J2** | |
| 3) | Capital contributed during the year - property | **J3** | |
| 4) | Current year increase (decrease) | **J4** | 381. |
| 5) | Withdrawals and distributions - cash | **J5** | |
| 6) | Withdrawals and distributions - property | **J6** | |
| 7) | Ending capital account | **J7** | −71,481. |
| 8) | Method of accounting *(mark an X in the appropriate box)* | | |

   **X** Tax basis    GAAP    Book    Other *(attach explanation)*

**K** Resident status *(mark an X in all boxes that apply)*

| | | |
|---|---|---|
| NYS full-year resident | Yonkers full-year resident | NYC full-year resident |
| NYS part-year resident | Yonkers part-year resident | NYC part-year resident |
| **X** NYS nonresident | Yonkers nonresident | |

**L** If the partner was included in a group return, enter the special NYS identification number, if known    **L**



CLIENT'S COPY

988851
12-01-09    **Please file this original scannable form with the Tax Department.**

| M | 1) | Was Form IT-2658-E filed with the partnership? | | M1 | Yes | No | X |
|---|---|---|---|---|---|---|---|
| | 2) | Was Form MTA-405-E filed with the partnership? | | M2 | Yes | No | |

**N** NYS estimated tax paid on behalf of partner *(from Form IT-2658)*    Date    Amount

|   |   |   |   |
|---|---|---|---|
| 1) | First installment | N1 | |
| 2) | Second installment | N2 | |
| 3) | Third installment | N3 | |
| 4) | Fourth installment | N4 | |

Total NYS estimated tax paid on behalf of partner *(add lines N1 through N4)*    **N**

**O** Estimated MCTMT paid on behalf of partner *(from Form MTA-405)*    Date    Amount

|   |   |   |   |
|---|---|---|---|
| 1) | First installment | O1 | |
| 2) | Second installment | O2 | |
| 3) | Third installment | O3 | |
| 4) | Fourth installment | O4 | |

Total estimated MCTMT paid on behalf of partner *(add lines O1 through O4)*    **O**

## Partner's share of income, deductions, etc.

| | A - Partner's distributive share items | | B - Federal K-1 amount | | C - New York State amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 1. | 6,413. | 1. | 6,413. |
| 2 | Net rental real estate income (loss) | 2. | | 2. | |
| 3 | Other net rental income (loss) | 3. | | 3. | |
| 4 | Guaranteed payments | 4. | | 4. | |
| 5 | Interest income | 5. | | 5. | |
| 6 | Ordinary dividends | 6. | | 6. | |
| 7 | Royalties | 7. | | 7. | |
| 8 | Net short-term capital gain (loss) | 8. | | 8. | |
| 9 | Net long-term capital gain (loss) | 9. | | 9. | |
| 10 | Net section 1231 gain (loss) | 10. | | 10. | |
| 11 | Other income (loss) *Identify:* | 11. | | 11. | |
| 12 | Section 179 deduction | 12. | | 12. | |
| 13 | Other deductions *Identify:* | 13. | | 13. | |
| 14 | Tax preference items for minimum tax *Identify:* | 14. | | 14. | |
| 15 | Net earnings (loss) from self-employment | 15. | | 15. | |
| 16 | Tax-exempt income and nondeductible expenses | 16. | 6,032. | 16. | 6,032. |
| 17 | Distributions - cash and marketable securities | 17. | | 17. | |
| 18 | Distributions - other property | 18. | | 18. | |
| 19 | Other items not included above that are required to be reported separately to partners *Identify:* | 19. | | 19. | |

## Partner's share of New York modifications *(see instructions)*

**20** New York State additions

| Number | A - Total amount | B - New York State allocated amount |
|---|---|---|
| 20a.  E A- | | |
| 20b.  E A- | | |
| 20c.  E A- | | |
| 20d.  E A- | | |
| 20e.  E A- | | |
| 20f.  E A- | | |

**21** Total addition modifications *(total of column A, lines 20a through 20f)*    **21.**



## Partner's share of New York modifications *(continued)*

**22** New York State subtractions

|  | Number | A - Total amount | B - New York State allocated amount |
|---|---|---|---|
| 22a. | E S- | | |
| 22b. | E S- | | |
| 22c. | E S- | | |
| 22d. | E S- | | |
| 22e. | E S- | | |
| 22f. | E S- | | |

**23** Total subtraction modifications *(total of column A, lines 22a through 22f)*     **23.**

**24** Additions to federal itemized deductions

|  | Letter | Amount |
|---|---|---|
| 24a. | | |
| 24b. | | |
| 24c. | | |
| 24d. | | |
| 24e. | | |
| 24f. | | |

**25** Total additions to federal itemized deductions *(add lines 24a through 24f)*     **25.**

**26** Subtractions from federal itemized deductions

|  | Letter | Amount |
|---|---|---|
| 26a. | | |
| 26b. | | |
| 26c. | | |
| 26d. | | |
| 26e. | | |
| 26f. | | |

**27** Total subtractions from federal itemized deductions *(add lines 26a through 26f)*     **27.**

**28** New York adjustments to tax preference items     **28.**

### Partner's other information

**29a** Partner's share of New York source gross income     **29a.**     267,430.

**29b** Net earnings from self-employment allocated to the MCTD *(see instructions)*     **29b.**

### Partner's credit information

### Part 1 - Pass-through credit bases and factors

Brownfield redevelopment tax credit *(Form IT-611 or IT-611.1)*

**30** Site preparation credit component     **30.**

**31** Tangible property credit component     **31.**

**32** On-site groundwater remediation credit component     **32.**



1183091019

**Partner's credit information** *(continued)*

**EZ capital tax credit** *(Form IT-602)*

| | | |
|---|---|---|
| 33 | Investments in certified EZ businesses | **33.** |
| 34 | Contributions of money to EZ community development projects | **34.** |
| 35 | Recapture of credit for investments in certified EZ businesses | **35.** |
| 36 | Recapture of credit for contributions of money to EZ community development projects | **36.** |

**QEZE tax reduction credit** *(Form IT-604)*

| | | |
|---|---|---|
| 37 | QEZE employment increase factor | **37.** |
| 38 | QEZE zone allocation factor | **38.** |
| 39 | QEZE benefit period factor | **39.** |

**QETC facilities, operations, and training credit** *(Form DTF-619)*

| | | |
|---|---|---|
| 40 | Research and development property credit component | **40.** |
| 41 | Qualified research expenses credit component | **41.** |
| 42 | Qualified high-technology training expenditures credit component | **42.** |

**Farmers' school tax credit** *(Form IT-217)*

| | | |
|---|---|---|
| 43 | Acres of qualified agricultural property | **43.** |
| 44 | Acres of qualified conservation property | **44.** |
| 45 | Eligible school district property taxes paid | **45.** |
| 46 | Acres of qualified agricultural property converted to nonqualified use | **46.** |

**Other pass-through credit bases and factors**

Credit bases

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **47a.** | | | **47d.** | |
| **47b.** | | | **47e.** | |
| **47c.** | | | **47f.** | |

Credit factors

| Code | Factor | | Code | Factor | | Code | Factor |
|---|---|---|---|---|---|---|---|
| **47g.** | | **47i.** | | | **47k.** | | |
| **47h.** | | **47j.** | | | **47l.** | | |

## Part 2 - Pass-through credits, addbacks and recaptures

| | | |
|---|---|---|
| 48 | Long-term care insurance credit *(Form IT-249)* | **48.** |
| 49 | Investment credit *(including employment incentive credit and historic barn rehabilitation credit; Form IT-212)* | **49.** |
| 50 | Research and development - investment credit *(Form IT-212)* | **50.** |

51  Other pass-through credits

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **51a.** | | | **51e.** | |
| **51b.** | | | **51f.** | |
| **51c.** | | | **51g.** | |
| **51d.** | | | **51h.** | |

52  Addbacks of credits and recaptures

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **52a.** | | | **52d.** | |
| **52b.** | | | **52e.** | |
| **52c.** | | | **52f.** | |



1184091019

New York State Department of Taxation and Finance

# New York Partner's Schedule K-1

2009

# IT-204-IP

2

Tax Law - Article 22 (Personal Income Tax)

Final K-1

For calendar year 2009 or tax year beginning _____ and ending _____

Amended K-1

Partners: Before completing your income tax return, see Form IT-204-IP-I, *Partner's Instructions for Form IT-204-IP* (available at www.nystax.gov).

## Partnership's information *(see instructions)*

Partnership's name (as shown on Form IT-204)

Partnership's EIN

**REPUBLIC GROUP, LLC**

**83-0396188**

| | | |
|---|---|---|
| **A** Mark an X in the box if either applies to your entity | Publicly traded partnership | Portfolio investment partnership |
| **B** Tax shelter registration number, if any | **B** | |
| **C** Business allocation percentage | **C** | 100.0000 % |

## Partner's information *(see instructions)*

Partner's name

Partner's identifying number

**INA SAMUELS MARTINEZ**

**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**

Partner's address

**300 HOPPER COURT**

| City | State | ZIP code |
|---|---|---|
| **FRANKLIN LAKES** | **NJ** | **07417** |

**D** The partner is a (mark an **X** in the appropriate box)   General partner or LLC member-manager **X**   Limited partner or other LLC member

**E** What is the tax filing status of the partner? (mark an **X** in the appropriate box, if known.) **X** Individual   Estate/trust   Partnership

**F** If the partner is a disregarded entity or grantor trust,
enter the tax ID of the entity or individual reporting the income, if known   **F**

**G** Did the partner sell its entire interest during the tax year?   **G**   Yes   No **X**

| **H** Partner's share of profit, loss, and capital | | Beginning | | Ending | |
|---|---|---|---|---|---|
| 1) Profit | **H1** | 5.0000 | % | 5.0000 | % |
| 2) Loss | **H2** | 5.0000 | % | 5.0000 | % |
| 3) Capital | **H3** | 5.0000 | % | 5.0000 | % |

| **I** Partner's share of liabilities at the end of the year | | |
|---|---|---|
| 1) Nonrecourse | **I1** | |
| 2) Qualified nonrecourse financing | **I2** | |
| 3) Recourse | **I3** | |

| **J** Partner's capital account analysis | | |
|---|---|---|
| 1) Beginning capital account | **J1** | -3,782. |
| 2) Capital contributed during the year - cash | **J2** | |
| 3) Capital contributed during the year - property | **J3** | |
| 4) Current year increase (decrease) | **J4** | 21. |
| 5) Withdrawals and distributions - cash | **J5** | |
| 6) Withdrawals and distributions - property | **J6** | |
| 7) Ending capital account | **J7** | -3,761. |
| 8) Method of accounting (mark an **X** in the appropriate box) | | |

   **X** Tax basis   GAAP   Book   Other *(attach explanation)*

**K** Resident status (mark an **X** in all boxes that apply)

| | | |
|---|---|---|
| NYS full-year resident | Yonkers full-year resident | NYC full-year resident |
| NYS part-year resident | Yonkers part-year resident | NYC part-year resident |
| **X** NYS nonresident | Yonkers nonresident | |

**L** If the partner was included in a group return, enter the special NYS identification number, if known   **L**

988851
12-01-09   Please file this original scannable form with the Tax Department.



1181091019

| | | | | | |
|---|---|---|---|---|---|
| M | 1) Was Form IT-2658-E filed with the partnership? | | M1 | Yes | No **X** |
| | 2) Was Form MTA-405-E filed with the partnership? | | M2 | Yes | No |

**N** NYS estimated tax paid on behalf of partner *(from Form IT-2658)*          Date                    Amount

|  |  |  | Date | Amount |
|---|---|---|---|---|
| | 1) First installment | N1 | | |
| | 2) Second installment | N2 | | |
| | 3) Third installment | N3 | | |
| | 4) Fourth installment | N4 | | |
| | Total NYS estimated tax paid on behalf of partner *(add lines N1 through N4)* | | N | |

**O** Estimated MCTMT paid on behalf of partner *(from Form MTA-405)*          Date                    Amount

|  |  |  | Date | Amount |
|---|---|---|---|---|
| | 1) First installment | O1 | | |
| | 2) Second installment | O2 | | |
| | 3) Third installment | O3 | | |
| | 4) Fourth installment | O4 | | |
| | Total estimated MCTMT paid on behalf of partner *(add lines O1 through O4)* | | O | |

## Partner's share of income, deductions, etc.

| | A - Partner's distributive share items | B - Federal K-1 amount | C - New York State amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 1.  338. | 1.  338. |
| 2 | Net rental real estate income (loss) | 2. | 2. |
| 3 | Other net rental income (loss) | 3. | 3. |
| 4 | Guaranteed payments | 4. | 4. |
| 5 | Interest income | 5. | 5. |
| 6 | Ordinary dividends | 6. | 6. |
| 7 | Royalties | 7. | 7. |
| 8 | Net short-term capital gain (loss) | 8. | 8. |
| 9 | Net long-term capital gain (loss) | 9. | 9. |
| 10 | Net section 1231 gain (loss) | 10. | 10. |
| 11 | Other income (loss) *Identify:* | 11. | 11. |
| 12 | Section 179 deduction | 12. | 12. |
| 13 | Other deductions *Identify:* | 13. | 13. |
| 14 | Tax preference items for minimum tax  *Identify:* | 14. | 14. |
| 15 | Net earnings (loss) from self-employment | 15. | 15. |
| 16 | Tax-exempt income and nondeductible expenses | 16.  317. | 16.  317. |
| 17 | Distributions - cash and marketable securities | 17. | 17. |
| 18 | Distributions - other property | 18. | 18. |
| 19 | Other items not included above that are required to be reported separately to partners  *Identify:* | 19. | 19. |

## Partner's share of New York modifications *(see instructions)*

**20** New York State additions

| | Number | A - Total amount | B - New York State allocated amount |
|---|---|---|---|
| 20a. | E A- | | |
| 20b. | E A- | | |
| 20c. | E A- | | |
| 20d. | E A- | | |
| 20e. | E A- | | |
| 20f. | E A- | | |

**21** Total addition modifications *(total of column A, lines 20a through 20f)*          21.

1182091019

CLIENT'

## Partner's share of New York modifications *(continued)*

**22**   New York State subtractions

| | Number | A - Total amount | B - New York State allocated amount |
|---|---|---|---|
| **22a.** | E S- | | |
| **22b.** | E S- | | |
| **22c.** | E S- | | |
| **22d.** | E S- | | |
| **22e.** | E S- | | |
| **22f.** | E S- | | |

**23**   Total subtraction modifications *(total of column A, lines 22a through 22f)*    **23.**

---

**24**   Additions to federal itemized deductions

| | Letter | Amount |
|---|---|---|
| **24a.** | | |
| **24b.** | | |
| **24c.** | | |
| **24d.** | | |
| **24e.** | | |
| **24f.** | | |

**25**   Total additions to federal itemized deductions *(add lines 24a through 24f)*    **25.**

**26**   Subtractions from federal itemized deductions

| | Letter | Amount |
|---|---|---|
| **26a.** | | |
| **26b.** | | |
| **26c.** | | |
| **26d.** | | |
| **26e.** | | |
| **26f.** | | |

**27**   Total subtractions from federal itemized deductions *(add lines 26a through 26f)*    **27.**

**28**   New York adjustments to tax preference items    **28.**

## Partner's other information

| | | |
|---|---|---|
| **29a** Partner's share of New York source gross income | **29a.** | **14,075.** |
| **29b** Net earnings from self-employment allocated to the MCTD *(see instructions)* | **29b.** | |

## Partner's credit information

## Part 1 - Pass-through credit bases and factors

Brownfield redevelopment tax credit *(Form IT-611 or IT-611.1)*

| | | |
|---|---|---|
| **30** Site preparation credit component | **30.** | |
| **31** Tangible property credit component | **31.** | |
| **32** On-site groundwater remediation credit component | **32.** | |



1183091019

**Partner's credit information** *(continued)*

**EZ capital tax credit** *(Form IT-602)*

| | | |
|---|---|---|
| 33 | Investments in certified EZ businesses | **33.** |
| 34 | Contributions of money to EZ community development projects | **34.** |
| 35 | Recapture of credit for investments in certified EZ businesses | **35.** |
| 36 | Recapture of credit for contributions of money to EZ community development projects | **36.** |

**QEZE tax reduction credit** *(Form IT-604)*

| | | |
|---|---|---|
| 37 | QEZE employment increase factor | **37.** |
| 38 | QEZE zone allocation factor | **38.** |
| 39 | QEZE benefit period factor | **39.** |

**QETC facilities, operations, and training credit** *(Form DTF-619)*

| | | |
|---|---|---|
| 40 | Research and development property credit component | **40.** |
| 41 | Qualified research expenses credit component | **41.** |
| 42 | Qualified high-technology training expenditures credit component | **42.** |

**Farmers' school tax credit** *(Form IT-217)*

| | | |
|---|---|---|
| 43 | Acres of qualified agricultural property | **43.** |
| 44 | Acres of qualified conservation property | **44.** |
| 45 | Eligible school district property taxes paid | **45.** |
| 46 | Acres of qualified agricultural property converted to nonqualified use | **46.** |

**Other pass-through credit bases and factors**

Credit bases

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **47a.** | | | **47d.** | |
| **47b.** | | | **47e.** | |
| **47c.** | | | **47f.** | |

Credit factors

| Code | Factor | | Code | Factor | | Code | Factor |
|---|---|---|---|---|---|---|---|
| **47g.** | | **47i.** | | | **47k.** | | |
| **47h.** | | **47j.** | | | **47l.** | | |

**Part 2 - Pass-through credits, addbacks and recaptures**

| | | |
|---|---|---|
| 48 | Long-term care insurance credit *(Form IT-249)* | **48.** |
| 49 | Investment credit *(including employment incentive credit and historic barn rehabilitation credit; Form IT-212)* | **49.** |
| 50 | Research and development - investment credit *(Form IT-212)* | **50.** |
| 51 | Other pass-through credits | |

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **51a.** | | | **51e.** | |
| **51b.** | | | **51f.** | |
| **51c.** | | | **51g.** | |
| **51d.** | | | **51h.** | |

52  Addbacks of credits and recaptures

| Code | Amount | | Code | Amount |
|---|---|---|---|---|
| **52a.** | | | **52d.** | |
| **52b.** | | | **52e.** | |
| **52c.** | | | **52f.** | |

1184091019



New York State Department of Taxation and Finance

# Estimated Tax Penalties for Partnerships and New York S Corporations

**IT-2659**

2009

(For underpayment or nonpayment of estimated tax required to be paid on behalf of partners and shareholders who are corporations or nonresident individuals)

For calendar year 2009 or fiscal year beginning _____ and ending _____

▼ Employer identification number
83-0396188

Legal name
REPUBLIC GROUP, LLC

Trade name of business if different from legal name above

Address (number and street or rural route)
260 WEST 36TH STREET, SUITE 901

City, village, or post office
NEW YORK

State: NY

ZIP code: 10018

Type of entity (mark an X in the applicable box):  **X**  Partnership  ____ S corporation

## Complete Schedules A through D on pages 2, 3, and 4, as applicable, to compute your penalty.

Staple check
or money
order here.

Pay amount shown on page 4, line 52. Include only the line 52 amount in your check or money order, and make payable to: **Commissioner of Taxation and Finance**

Payment enclosed
26

**File Form IT-2659 by the later of April 15, 2010, or the due date of the partnership or S corporation tax return for the year (determined with regard to any extension of time to file).**

**Do not attach or file Form IT-2659 with any other form.**

▼ **Paid preparer must complete** ▼

Preparer's signature

SSN or PTIN:
● P00009773

Firm's name (or yours, if self-employed)
SANSIVERI, LONG & CO., L.L.C.

Employer identification number
● 22-3769808

Address
1135 CLIFTON AVENUE SUITE 101
CLIFTON, NJ 07013

Mark an X if
self-employed ____

Date

E-mail:

**Sign your return here**
Signature of general partner or member, elected officer, or authorized person

Date

Daytime phone number

E-mail:

**Mail this form and payment to: NYS TAX DEPARTMENT - IT-2659**
**PO BOX 397**
**ALBANY NY 12201-0397**

984101 12-30-09

0691091019

**Please file this original scannable form with the Tax Department.**

CLIENT'S COPY

**Schedule A - Computation of estimated tax underpayment (if any).** All filers must complete this part. Only include partners and shareholders who are subject to estimated tax paid on their behalf by the partnership or New York S corporation (see instructions).

| | Current year | | | | |
|---|---|---|---|---|---|
| 1 | Total of all nonresident individual partners' or shareholders' distributive or pro rata shares of 2009 income earned from New York sources | 1. | 6,413. | | |
| 2 | Total of all nonresident individual partners' or shareholders' shares of 2009 partnership deductions allocated to New York (see instructions) | 2. | 0. | | |
| 3 | Subtract line 2 from line 1 | 3. | 6,413. | | |
| 4 | Individual tax rate (8.97%) | 4. | .0897 | | |
| 5 | Multiply line 3 by line 4 | 5. | 575. | | |
| 6 | Total of all nonresident individual partners' or shareholders' distributive or pro rata shares of 2009 partnership or S corporation credits | 6. | 0. | | |
| 7 | 2009 estimated tax required to be paid on behalf of nonresident individuals (subtract line 6 from line 5) | | | 7. | 575. |
| 8 | Total of all corporate partners' distributive shares of 2009 income earned from NY sources | 8. | 0. | | |
| 9 | Corporation tax rate (7.1%) | 9. | .071 | | |
| 10 | Multiply line 8 by line 9 | 10. | 0. | | |
| 11 | Total of all corporate partners' distributive shares of 2009 partnership credits | 11. | 0. | | |
| 12 | 2009 estimated tax required to be paid on behalf of corporations (subtract line 11 from line 10) | | | 12. | 0. |
| 13 | Total estimated tax required to be paid for 2009 (add lines 7 and 12) | | | 13. | 575. |
| 14 | 90% of the estimated tax required to be paid for 2009 (multiply line 13 by 90% (.90)) | | | 14. | 518. |
| | Prior year | | | | |
| 15 | Total of all nonresident individual partners' or shareholders' distributive or pro rata shares of 2008 income earned from New York sources | 15. | | | |
| 16 | Total of all nonresident individual partners' or shareholders' shares of 2008 partnership deductions allocated to New York (see instructions) | 16. | | | |
| 17 | Subtract line 16 from line 15 | 17. | | | |
| 18 | Individual tax rate (8.97%) | 18. | .0897 | | |
| 19 | Multiply line 17 by line 18 | 19. | | | |
| 20 | Total of all nonresident individual partners' or shareholders' distributive or pro rata shares of 2008 partnership or S corporation credits | 20. | | | |
| 21 | 2008 estimated tax computed for individuals (subtract line 20 from line 19) | | | 21. | |
| 22 | Total of all corporate partners' distributive shares of 2008 income earned from NY sources | 22. | | | |
| 23 | Corporation tax rate (7.1%) | 23. | .071 | | |
| 24 | Multiply line 22 by line 23 | 24. | | | |
| 25 | Total of all corporate partners' distributive shares of 2008 partnership credits | 25. | | | |
| 26 | 2008 estimated tax computed for corporations (subtract line 25 from line 24) | | | 26. | |
| 27 | Total estimated tax computed for 2008 (add lines 21 and 26) | | | 27. | |
| | If the sum of lines 17 and 22 is more than $150,000, and the entity is not primarily engaged in farming or fishing, complete line 28 and continue with Schedule B. If the sum of lines 17 and 22 is $150,000 or less, skip line 28 and continue with Schedule B. | | | | |
| 28 | Multiply line 27 by 110% (1.10) | | | 28. | |

**Schedule B - Short method for computing the penalty.** See *Important* note on Form IT-2659-I. Complete lines 29 through 34 if you paid four equal estimated tax installments (on the due dates), or if you made no payments of estimated tax. Otherwise, you must complete Schedule C.

| | | | |
|---|---|---|---|
| 29 | If you were not required to make an entry on line 28, enter the lesser of lines 14 or 27. If you were required to make an entry on line 28, enter the lesser of lines 14 or 28 | 29. | 518. |
| 30 | Enter the total amount of estimated tax payments made for 2009 | 30. | 0. |
| 31 | Total underpayment for the year (subtract line 30 from line 29; if zero or less you do not owe the penalty) | 31. | 518. |
| 32 | Multiply line 31 by .04985 and enter the result | 32. | 26. |
| 33 | If the amount on line 31 was paid on or after April 15, 2010, enter 0. If the amount on line 31 was paid before April 15, 2010, make the following computation to find the amount to enter on this line: Amount on line 31 x number of days before April 15, 2010 x .00020 = | 33. | 0. |
| 34 | Penalty (subtract line 33 from line 32; enter here and on line 51) | 34. | 26. |
| | (continued) | | |

0692091019

984102
12-30-09    **Please file this original scannable form with the Tax Department.**

CLIENT'S COPY



## Schedule C - Regular method

### Part 1 - Computing the underpayment

| Payment due dates | | A 4/15/09 | B 6/15/09 | C 9/15/09 | D 1/15/10 |
|---|---|---|---|---|---|
| 35 Required installments *(see instr.)* | 35. | | | | |
| 36 Estimated tax paid | 36. | | | | |
| **Complete lines 37 through 39, one column** | | | | | |
| **at a time, starting in column A.** | | | | | |
| 37 Overpayment or underpayment from prior period | 37. | | | | |
| 38 If line 37 is an overpayment, add lines 36 and 37; if line 37 is | | | | | |
| an underpayment, subtract line 37 from line 36 (see instr) | 38. | | | | |
| 39 Underpayment (subtract line 38 from line 35) OR overpayment | | | | | |
| (subtract line 35 from line 38; see instructions) | 39. | | | | |

### Part 2 - Computing the penalty

| Payment due dates | | A 4/15/09 | B 6/15/09 | C 9/15/09 | D 1/15/10 |
|---|---|---|---|---|---|
| 40 Amount of underpayment *(from line 39)* | 40. | | | | |

**First installment (April 15 - June 15, 2009)**

41 April 15 - June 15 =

$\qquad (61 \div 365) \times 7.5\% = .01253$

- or -

April 15 - $\qquad$ =

( $\qquad \div 365) \times 7.5\% =$

| | 41. | | | | |
|---|---|---|---|---|---|
| 42 Multiply line 40, column A, by line 41 | 42. | | | | |

**Second installment (June 15 - September 15, 2009)**

43 June 15 - September 15 = $(92 \div 365) \times 7.5\% = .01890$

- or -

June 15 - $\qquad$ = ( $\qquad \div 365) \times 7.5\% =$

| | 43. | | | | |
|---|---|---|---|---|---|
| 44 Multiply line 40, column B, by line 43 | 44. | | | | |

**Third installment (September 15, 2009 - January 15, 2010)**

45 September 15 - January 15 = $(122 \div 365) \times 7.5\% = .02506$

- or -

September 15 - $\qquad$ = ( $\qquad \div 365) \times 7.5\% =$

| | 45. | | | | |
|---|---|---|---|---|---|
| 46 Multiply line 40, column C, by line 45 | 46. | | | | |

**Fourth installment (January 15 - April 15, 2010)**

47 January 15 - April 15 = $(90 \div 365) \times 7.5\% = .01848$

- or -

January 15 - $\qquad$ = ( $\qquad \div 365) \times 7.5\% =$

| | 47. | |
|---|---|---|
| 48 Multiply line 40, column D, by line 47 | 48. | |
| 49 Penalty *(add lines 42, 44, 46, and 48)* | 49. | |

*(continued)*

984103
12-30-09    **Please file this original scannable form with the Tax Department.**

0693091019



**Schedule D - Failure to pay estimated tax on behalf of partners or shareholders who are corporations or nonresident individuals.** Only include partners and shareholders who are subject to estimated tax paid on their behalf by the partnership or New York S corporation *(see instructions)*. If you are listing more than six partners or shareholders, attach additional sheet(s) using the same four-column format as in the chart below. Include all column D totals from additional sheets on the line provided.

| A<br>Name of<br>partner/shareholder | B<br>Identifying number<br>(EIN/SSN) | C<br>Number of quarters (1-4) during the<br>year estimated tax was not paid | D<br>Column C x $50 |
|---|---|---|---|
|  |  |  |  |

Column D total from attached sheet(s) *(if any)* ...........................................................................................

| | | |
|---|---|---|
| **50 Penalty** *(total of column D)* ........................................................................................................... | 50. | 0. |
| **51 Penalty** *(from line 34)* ................................................................................................................... | 51. | 26. |
| **52 Total penalty** *(add lines 49, 50, and 51, as applicable; enter here and in* Payment enclosed *box on page 1)* ................. | 52. | 26. |

0694091019

CLIENT'S COPY

**B16A (Official Form 16A) (12/07)**

Form 16A. CAPTION (FULL)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Republic Group, LLC_ ,
*[Set forth here all names including married,*
*maiden, and trade names used by debtor within*
*last 8 years.]*

Debtor

Address _260 west 36th St, Rm 901_

_New York, NY 10018_

Last four digits of Social-Security or Individual Tax-
Payer-Identification (ITIN) No(s).,(if any): _83-0396_
_188_

Employer Tax-Identification (EIN) No(s).(if any): _____
_83-0396188_

)
)
)
)
)
)  Case No. _____
)
)
)
)  Chapter _11_
)
)
)
)
)
)

*[Designation of Character of Paper]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                           :
                                           :
    In Re: Republic Group, LLC      :     Chapter 11 Case No._____
                                           :
                                           :
                                           :
-------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

Republic Group, LLC (the "Debtor ") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on January 28, 2011, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

       ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ___, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on February 20, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

       ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: _____, New York

      _____ ___,_____

                  UNITED STATES BANKRUPTCY JUDGE

                  _____